UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/15/15

FRANCESCO CAVALIERE,
Derivatively and on Behalf
Of Altair Nanotechnologies, Inc.,

          Plaintiff,

-against-

JAMES T. ZAHN, GUOHUA SUN,
YINCANG WEI, JUN LIU,
CHING CHUEN CHAN, GUOHUA
WEI, CANON INVESTMENT
HOLDINGS, INC.,

          Defendants.

-and-

ALTAIR NANOTECHNOLOGIES, INC.

          Nominal Defendant.

14 Civ. 9418 (AT)
*Related Case*

DAVID HELFENBEIN, Derivatively and on Behalf of
Nominal Defendant, ALTAIR
NANOTECHNOLOGIES, INC.,

          Plaintiff,

-against-

ALEXANDER LEE, RICHARD W. LEE,
GUOHUA SUN, JAMES T. ZAHN, STEPHEN
HUANG, PAULA CONROY, KAREN WERNER,
LIMING (ALBERT) ZOU, VICTOR SZE, HONG
GUO, YINCANG WEI, GUOHUA WEI,
ZHINGANG ZHAO, EQBAL AL YOUSUF,
YUHONG LI, DR. CHIN CHUEN CHAN, JUN
LIU, LI YANG and CANON INVESTMENT
HOLDINGS LIMITED,

          Defendants,
-and-

ALTAIR NANOTECHNOLOGIES, INC.

         Nominal Defendant.

14 Civ. 9958 (AT)
*Related Case*

**ORDER**

ANALISA TORRES, District Judge:

Before the Court is an unopposed motion to consolidate the two above-captioned related cases. Federal Rule of Civil Procedure 42(a) allows for consolidation of actions if they involve "common questions of law or fact." Fed. R. Civ. Pro. 42(a); *See In re Bank of Am. Corp. Sec., Derivative & ERISA Litig.*, 258 F.R.D. 260, 268 (S.D.N.Y. 2009) (consolidating shareholder derivative actions based on the same series of events). The complaints allege violations based on the same pattern of conduct, and they seek similar relief. Accordingly, the actions are consolidated.

Plaintiffs also requests the appointment of Faruqi & Faruqi, LLP and Lifshitz & Miller as co-lead counsel for Plaintiffs. "[A]ppointment of multiple counsel is routine and widely accepted." *In re Bank of Am. Corp. Sec., Derivative & ERISA Litig.*, 258 F.R.D. at 273. Both firms have significant experience in the area of shareholder derivative and securities class action litigation, *see* Faruqi Decl., Exs. C, D, and both are well-qualified to pursue this litigation. Accordingly, the Court appoints Faruqi & Faruqi, LLP and Lifshitz & Miller as co-lead counsel.

The Clerk of Court is directed to amend the caption to read "In re Altair Nanotechnologies Shareholder Derivative Litigation" and to terminate all pending motions in the related actions.

SO ORDERED.

Dated: May 15, 2015
New York, New York

_____
ANALISA TORRES
United States District Judge