UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Altair Nanotechnologies Shareholder Derivative Litigation | CASE NO.: 14-CV-09418-AT |

## JOINT STATUS REPORT

Pursuant to the Court's Order entered on July 1, 2016, the parties hereby file this Joint Status Report. The parties respectfully inform the Court that they have reached an agreement in principle to amicably resolve the litigation based on the implementation of certain corporate governance reforms by Altair Nanotechnologies, Inc. ("Altair" or the "Company") relating to: (i) mandatory attendance of Directors at annual meetings; (ii) limited director engagements outside of Altair; (iii) education for the Company's Board of Directors; (iv) new mandates concerning Committee Chairs of the Company's Board of Directors; (v) new mandates of the Audit Committee to the Board of Directors; (vi) internal controls and compliance functions of the Company; (vii) Board oversight of the Company's stock repurchases; (viii) the Company's Insider Trading Policy; and (ix) the Company's Whistleblower Program.

The parties are currently working through the settlement papers and expect to be able to present the settlement for preliminary approval on or before August 1, 2016.

1

Dated: July 12, 2016	Respectfully Submitted,

**FARUQI & FARUQI, LLP**

By: /s/ *Stuart J. Guber*
  Stuart J. Guber
  101 Greenwood Avenue, 6th Floor
  Jenkintown, PA 19046
  Tele: (215) 277-5770
  Fax: (215) 277-5771

**LIFSHITZ & MILLER**

By: /s/ *Joshua M. Lifshitz*
  Edward W. Miller
  Joshua M. Lifshitz
  821 Franklin Avenue, Suite 209
  Garden City, NY 11530
  Tele: (516) 493-9780
  Fax: (516) 280-7376

  *Co-Lead Counsel for Derivative Plaintiffs*

**KATTEN MUCHIN ROSENMAN LLP**

By: /s/ *Jonathan Asher Rotenberg*
  Bruce G. Vanyo
  Jonathan Asher Rotenberg
  Tenley Mochizuki
  575 Madison Avenue
  New York, NY 10022
  Tele: (212) 940-6405
  Fax: (212) 940-8776

  *Counsel for Defendants*