```
UNITED STATES DISTRICT COURT            USDC SDNY
SOUTHERN DISTRICT OF NEW YORK           DOCUMENT
                                        ELECTRONICALLY FILED
                                        DOC #:
                                        DATE FILED: 7/24/17
```

*In re* ALTAIR NANOTECHNOLOGIES
SHAREHOLDER DERIVATIVE LITIGATION        No. 14 Civ. 9418 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

The settlement hearing scheduled for August 10, 2017 at 2:00 p.m. is hereby ADJOURNED to **August 23, 2017** at **2:00 p.m.**

SO ORDERED.

Dated: July 24, 2017
   New York, New York

_____
ANALISA TORRES
United States District Judge